Opinion issued June 19, 2003






 








In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-01344-CV

____________


MARILYN ORR HARDY, Appellant


V.


HUMAN RESOURCES DEVELOPMENT FOUNDATION D/B/A
HOSPITALITY APARTMENTS, Appellee






On Appeal from the County Civil Court at Law No. 3

Harris County, Texas

Trial Court Cause No. 781253






MEMORANDUM OPINION

 This is an appeal from a judgment signed December 9, 2002. Appellant has
invoked the jurisdiction of this Court by filing a notice of appeal, but she has not paid
the appellate filing fee. On , February 14, 2003, this Court ordered that unless, within
15 days of the date of the order, appellant paid the appellate filing fee, her appeal
would be dismissed. The 15 days have expired and appellant has not paid the
appellate filing fee.

 Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Hedges, Nuchia, and Higley.